# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shari W. Cole a/k/a Shari Wagner Cole a/k/a Shari E. Cole<br>Richard Horace Cole a/k/a Richard H. Cole a/k/a Richard Cole, Jr.<br>**Debtor(s)** | BK NO. 22-01049 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of CSMC 2021-JR1 Trust and index same on the master mailing list.

                Respectfully submitted,

              /s/ **Rebecca Solarz**
              Rebecca Solarz
              13 Jun 2022, 15:08:16, EDT


              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              215-627-1322