IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    RICHARD HORACE COLE, JR.<br>    A/K/A RICHARD H. COLE<br>    A/K/A RICHARD COLE, JR.<br>    SHARI W. COLE<br>    A/K/A SHARI WAGNER COLE<br>    A/K/A SHARI E. COLE,<br>               Debtors | Chapter 13<br><br>Case No. 1-22-bk-01049-HWV |

NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND
REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a) AND (b)

TO THE CLERK OF THE COURT:

Please be advised that Craig S. Sharnetzka, Esquire, of CGA Law Firm, 135 North George Street, York, Pennsylvania 17401, hereby enters his appearance as Counsel for Springfield Township York County Sewer Authority and requests copies of all Notices pursuant to Bankruptcy Rules 2002(a) and 2002(b).

Respectfully submitted,

CGA Law Firm


/s/Craig S. Sharnetzka, Esquire
Craig S. Sharnetzka, Esquire
Sup. Ct. I.D. No. 83863
135 North George Street
York, PA 17401
(717) 848-4900

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| RICHARD HORACE COLE, JR. A/K/A RICHARD H. COLE A/K/A RICHARD COLE, JR. SHARI W. COLE A/K/A SHARI WAGNER COLE A/K/A SHARI E. COLE, Debtors | Case No. 1-22-bk-01049-HWV |

CERTIFICATE OF SERVICE

    I hereby certify that on June 20, 2022, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following Filing Users:

Charles J. DeHart, III, Chapter 13 Trustee

Gary J. Imblum, Esquire

/s/Craig S. Sharnetzka, Esquire
Craig S. Sharnetzka, Esquire
Sup. Ct. I.D. No. 83863
135 North George Street
York, PA 17401
(717) 848-4900

{02135384/1}