United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Richard Horace Cole, Jr.  
Shari W Cole  
    Debtors

Case No. 22-01049-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jul 06, 2022      Form ID: ntnew341      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Horace Cole, Jr., Shari W Cole, 7577 Pinewild Road, Seven Valleys, PA 17360-9176 |
| cr | + | Logan's Reserve Homeowners Association, Inc., c/o Aaron S. Marines, Esquire, 101 North Pointe Boulevard, Suite 202, Lancaster, PA 17601 UNITED STATES 17601-4108 |
| 5478619 | + | Best Price Propane, 322 Cherry Street, Columbia, PA 17512-1419 |
| 5478621 | + | CGA Law Firm, 135 N George Street, York, PA 17401-1132 |
| 5478620 | + | Central Credit Services, LLC, Attn: Bankruptcy, 9550 Regency Square Blvd, Ste 500 A, Jacksonville, FL 32225-8169 |
| 5478626 | | GB Collects LLC, 1253 Haddonfield Berlin Rd, Voorhees, NJ 08043-4847 |
| 5478629 | + | JC Ehrlich Pest Control, 5060 Ritter Road, Mechanicsburg, PA 17055-6774 |
| 5480159 | + | Logan's Reserve Homeowners Association, Inc., c/o Aaron S. Marines, Esquire, Russell, Krafft & Gruber, LLP, 101 North Pointe Boulevard, Suite 202, Lancaster, PA 17601-4108 |
| 5478630 | + | Logans Reserve HOA, 7400 Player Blvd, Seven Valleys, PA 17360-9194 |
| 5478635 | + | Russell Krafft & Gruber LLP, 101 N Pointe Blvd Ste 202, Lancaster, PA 17601-4108 |
| 5479129 | + | SYNOVUS, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 5478638 | | Shellpoint/Newrez, PO Box 619063, Dallas, TX 75261-9063 |
| 5478639 | + | Spine and Sports Rehabilitation, c/o Cornerstone Financial Services, PO Box 507, Jarrettsville, MD 21084-0507 |
| 5481246 | + | Springfield Township York County Sewer Authority, P.O. Box 75, Seven Valleys, PA 17360-0075 |
| 5478640 | | Springfield Twp York Cty Sewer Auth, 641 Water Street, York, PA 17403 |
| 5478644 | + | The York Water Compnay, Box 15089, 130 East Market Street, York, PA 17401-1219 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 06 2022 18:46:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5478616 | ^ | MEBN | Jul 06 2022 18:38:15 | 1st Digital/synovus/vt, PO Box 85650, Sioux Falls, SD 57118-5650 |
| 5478617 | + | Email/Text: bankruptcy@rentacenter.com | Jul 06 2022 18:44:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 5478618 | + | Email/Text: payments@brsi.net | Jul 06 2022 18:44:00 | Advanced Radiology of PA, c/o Business Revenue Systems Inc, PO Box 15097, Fort Wayne, IN 46885-5097 |
| 5478622 | + | Email/Text: documentfiling@lciinc.com | Jul 06 2022 18:44:00 | Comcast, Attn: M Gifford, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 5478623 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 06 2022 18:47:06 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5478624 | | Email/Text: bankruptcydepartment@tsico.com | Jul 06 2022 18:44:00 | EOS CCA, PO Box 981025, Boston, MA 02298-1025 |
| 5478625 | | Email/Text: jill@ffcc.com | Jul 06 2022 18:44:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |

| Recip ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 5478627 | | Email/Text: bankruptcy@glsllc.com | Jul 06 2022 18:44:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 5478628 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Jul 06 2022 18:44:00 | Hunter Warfield, Attention: Bankruptcy, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 5478614 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 06 2022 18:44:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5478631 | + | Email/PDF: pa_dc_claims@navient.com | Jul 06 2022 18:47:04 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 5478632 | + | Email/PDF: pa_dc_claims@navient.com | Jul 06 2022 18:46:58 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 5480569 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jul 06 2022 18:44:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 5478853 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 06 2022 18:47:05 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5478615 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 06 2022 18:44:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5481589 | + | Email/Text: joey@rmscollect.com | Jul 06 2022 18:44:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 5478854 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 06 2022 18:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5478633 | | Email/Text: joey@rmscollect.com | Jul 06 2022 18:44:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 5478634 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 06 2022 18:47:06 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5478641 | | Email/Text: amieg@stcol.com | Jul 06 2022 18:44:00 | State Collection Service, Attn: Bankruptcy, Po Box 6250, Madison, WI 53716 |
| 5478636 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 06 2022 18:44:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5481639 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 06 2022 18:44:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5478637 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 06 2022 18:44:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5478642 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 06 2022 18:47:05 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5478643 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jul 06 2022 18:47:10 | T Mobile, PO Box 37380, Albuquerque, NM 87176 |
| 5479128 | + | Email/Text: bknotices@totalcardinc.com | Jul 06 2022 18:44:00 | THE BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 5478645 | + | Email/Text: bknotices@totalcardinc.com | Jul 06 2022 18:44:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 5478646 | ^ | MEBN | Jul 06 2022 18:38:14 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 5478647 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 06 2022 18:44:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 5478648 | + | Email/Text: kcm@yatb.com | Jul 06 2022 18:44:00 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Springfield Township, York County, Sewer Authority, P.O. Box 75, Seven Valleys, PA 17360-0075 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron S Marines | on behalf of Creditor Logan's Reserve Homeowners Association Inc. asm@rkglaw.com, dpp@rkglaw.com |
| Craig S. Sharnetzka | on behalf of Creditor Springfield Township York County, Sewer Authority csharnetzka@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Shari W Cole gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 Richard Horace Cole Jr. gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor CSMC 2021-JR1 Trust bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Richard Horace Cole Jr.,            Chapter    13
aka Richard H Cole, aka Richard Cole Jr,

**Debtor 1**                         Case No.    1:22−bk−01049−HWV

Shari W Cole,
aka Shari Wagner Cole, aka Shari E Cole,

**Debtor 2**

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: August 18, 2022 |
| --- | --- |
| | Time: 09:00 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 6, 2022 |

ntnew341 (04/18)