# Candy Hill

**From:** Richard Cole Jr <rickcole_jr@yahoo.com>
**Sent:** Monday, May 9, 2022 11:42 AM
**To:** Candy Hill
**Subject:** Fwd: CMA

Hello,

Here is market analysis below.

Rick

Sent from my iPhone

Begin forwarded message:

> **From:** Tawanda Thomas <bright@mtxmsg.brightmls.com>
> **Date:** May 9, 2022 at 10:08:14 AM EDT
> **To:** rickcole_jr@yahoo.com
> **Subject: CMA**
> **Reply-To:** Tawanda Thomas <tawanda@thebexgroup.com>
>
>
> Hello Rick,
>
> Here is the most recent property that sold in your community this year. It is a little smaller and there is one less bathroom. With that, your property may be anywhere between $450,000 to $475,0000.
>
> Let me know if you have any questions.
>
> Best,
> Tawanda
>
> **View Listing**
>
> Tawanda Thomas, Realtor®
> Licensed in MD, DC and PA
>
> Your local real estate professional working to serve you and our community!
>
>
> Delivered by Bright MLS: 9707 Key West Avenue, Suite 300, Rockville, MD 20850.
> Click this link if you wish to Unsubscribe.

1



# 7719 Grand Lake Dr, Seven Valleys, PA 17360
## $434,900



1 / 47

| | |
|---|---|
| MLS #: | PAYK2008006 |
| Status: | Closed |
| Property Type: | Residential |
| Tax ID: | 47-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-00-00000 |
| School District: | Dallastown Area |
| Subdivision: | LOGANS RESERVE |
| Central Air: | Yes |
| Heating Type: | Central, Forced Air, Programmable Thermostat, Wood Burn Stove |
| Beds: | 4 |
| Baths: | 2/1 |
| Above Grade Finished SQFT: | 2,956 |
| Acres/Lot SF: | 0.21 / 9148 |
| Archit. Style: | Colonial |
| Year Built: | 2004 |
| Attached Garage - # of Spaces | 2 |
| Num Driveway Spaces | 3 |



All information courtesy of Tawanda Thomas

© BRIGHT MLS - All information, regardless of source, should be verified by personal inspection by and/or with the appropriate professional(s). The information is not guaranteed. Measurements are solely for the purpose of marketing, may not be exact, and should not be relied upon for loan, valuation, or other purposes. Copyright 2022. Created:

05/09/2022 11:44 AM