| Statement of Earnings For: | Richard Horace Cole Jr. | | | | | | Police Security Group (0210BRRC) |
|---|---|---|---|---|---|---|---|
| | 49 | | | Period Begin: | 3/15/2022 | Check Date: 4/15/2022 | 8707 Harford Rd |
| | XXX-XX-8864 | | | Period End: | 3/29/2022 | Additional Tax: | Ste 100 |
| | 0210BRRC | | | | 0 | Additional Tax: | PARKVILLE, MD 21234 |

| Check # | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V81947944 | $0.00 | $0.00 | $2,498.15 | |

### EARNINGS (Not included in Totals) | TAXES | DEDUCTIONS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1099 Earnings | 17.0000 | 146.95 | 2,498.15 | 711.89 | 12,102.13 | | | | | | |
| 1099 Holiday | | 0.00 | 0.00 | 11.45 | 291.97 | | | | | | |
| 1099 Reimb | | 0.00 | 0.00 | 0.00 | 70.00 | | | | | | |
| **Total:** | | 146.95 | 2,498.15 | 723.34 | 12,464.10 | Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 |

### CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY

Savings    Account: XXXXX5516    Deposit Amount: 2,498.15

---

Police Security Group (0210BRRC)
8707 Harford Rd
Ste 100
PARKVILLE, MD 21234

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/15/2022 | V81947944 |

**TOTAL NET PAY**
******$2,498.15

Your entire Net pay of $2,498.15 has been deposited in your bank account(s).

49
**Richard Horace Cole Jr.**
7577 Pinewild Rd
Seven Valleys, PA 17360

**NOT NEGOTIABLE**

| Statement of Earnings For: | Richard Horace Cole Jr. | | | | | | Police Security Group (0210BRRC) |
|---|---|---|---|---|---|---|---|
| 49 | | | Period Begin: | 3/30/2022 | Check Date: | 4/29/2022 | 8707 Harford Rd |
| XXX-XX-8864 | | | Period End: | 4/14/2022 | Additional Tax: | | Ste 100 |
| 0210BRRC | | | | 0 | Additional Tax: | | PARKVILLE, MD 21234 |

| Voucher | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V82644429 | $0.00 | $0.00 | $2,669.85 | |

### EARNINGS *Not Included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| 1099 Earnings | 17.0000 | 157.05 | 2,669.85 | 868.94 | 14,771.98 |
| 1099 Holiday | | 0.00 | 0.00 | 11.45 | 291.97 |
| 1099 Reimb | | 0.00 | 0.00 | 0.00 | 70.00 |
| **Total:** | | 157.05 | 2,669.85 | 880.39 | 15,133.95 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DISTRIBUTION OF NET PAY

| | Account: | Deposit Amount: |
|---|---|---|
| Savings | XXXXX5516 | 2,669.85 |

---

Police Security Group (0210BRRC)
8707 Harford Rd
Ste 100
PARKVILLE, MD 21234

Your entire Net pay of $2,669.85 has been deposited in your bank account(s).

49
**Richard Horace Cole Jr.**
7577 Pinewild Rd
Seven Valleys, PA 17360

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/29/2022 | V82644429 |

| TOTAL NET PAY |
|---|
| ******$2,669.85 |

**NOT NEGOTIABLE**



| Statement of Earnings For: | Richard Horace Cole Jr. | | | | Police Security Group (0210BRRC) |
|---|---|---|---|---|---|
| Employee #: | 49 | Division: | | Period Begin: 4/15/2022 Check Date: 5/16/2022 | 8707 Harford Rd Ste 100 |
| Check Number: | | Department: | | Period End: 4/29/2022 | PARKVILLE, MD 21234 |
| SSN: | XXX-XX-9864 | Federal Filing: | | Exemptions: 0 Additional Tax: | |
| Company Id: | 0210BRRC | State Filing: | | Exemptions: 0 Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V83228957 | $0.00 | $0.00 | $2,524.50 | |

**EARNINGS** *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| 1099 Earnings | 17.0000 | 148.50 | 2,524.50 | 1,017.44 | 17,296.48 |
| 1099 Holiday | | 0.00 | 0.00 | 11.45 | 291.97 |
| 1099 Reimb | | 0.00 | 0.00 | 0.00 | 70.00 |

**TAXES**

| Description | Current | YTD |
|---|---|---|

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|

| Total: | 148.50 | 2,524.50 | 1,028.89 | 17,658.45 | Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | Account: | XXXXX5516 | Deposit Amount: | 2,524.50 |
|---|---|---|---|---|
| Savings | | | | |

Police Security Group (0210BRRC)
8707 Harford Rd
Ste 100
PARKVILLE, MD 21234

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/16/2022 | V83228957 |

| TOTAL NET PAY |
|---|
| *****$2,524.50 |

Your entire Net pay of $2,524.50 has been deposited in your bank account(s).

49
**Richard Horace Cole Jr.**
7577 Pinewild Rd
Seven Valleys, PA 17360

**NOT NEGOTIABLE**

