Shari W Cole

## Dru Mondawmin Healthy Families
2100 Eutaw Pl
Baltimore, MD 21217

| Company | Period Begin | Division |
|---|---|---|
| 03856301 | 3/20/2022 | 001 |
| Number | Period End | Branch |
| 104 | 4/2/2022 | |
| Social Security # | Check Number | Department |
| | -99981884 | 11 |
| Hire Date | Check Date | Team |
| 10/8/2018 | 4/5/2022 | |

FT Sick = 14.860000 HOURS
Personal Leave = 0.000000 HOURS
Vac Post 09  276.920000-257.570000= 19.35000

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 20.20 | 80.00 | 1616.00 | 9534.40 |
| Vacation | | | | | 323.20 |
| Sick | | | | | 646.40 |
| Holiday | | | | | 808.00 |
| **Total Earnings** | | | **80.00** | **1616.00** | **11312.00** |
| **NET PAY** | | 1262.08 | | | |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/4) (1551.31) | 38.98 | 273.48 |
| OASDI (1576.31) | 97.73 | 684.50 |
| Medicare (1576.31) | 22.86 | 160.11 |
| MD (Non-/4) (1551.31) | 67.80 | 475.04 |
| Pos Dis | 41.86 | 293.02 |
| 403b | 25.00 | 175.00 |
| Pre Dis | 39.69 | 271.58 |
| Hlth | | 185.20 |
| Checking 1 61196XXXX | 1112.08 | 7604.07 |
| Savings 1 26XXXX | 170.00 | 1190.00 |
| **Total Deductions** | **1616.00** | **11312.00** |
| **Check Amount** | **0.00** | **0.00** |

| Total Direct Deposits | 1262.08 |
|---|---|

▼ **REMOVE DOCUMENT ALONG THIS PERFORATION** ▼

VOID VOID VOID VOID

Dru Mondawmin Healthy Families Inc
2100 Eutaw Pl
Baltimore, MD 21217

Wells Fargo Bank, N.A.

11-24
1210

Check Date 4/5/2022

Check Number  Memo

Pay  *No Dollars and No Cents*

$ * * * * * * * * * * * *

To the Order of:
001          11
Shari W Cole
7577 Pinewild Rd
Seven Valleys, PA 17360

104  -99981884
**NON NEGOTIABLE**

PAY ONLY

Authorized Signature

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.



**Shari W Cole**

| Company | Period Begin | Division |
|---|---|---|
| 103655301 | 4/3/2022 | 001 |
| Number | Period End | Branch |
| 104 | 4/16/2022 | |
| Social Security # | Check Number | Department |
| -99981821 | | 11 |
| Hire Date | Check Date | Team |
| 10/8/2018 | 4/19/2022 | |

**Dru Mondawmin Healthy Families** 2100 Eutaw Pl Baltimore, MD 21217

FT Sick = 16.550000 HOURS
Personal Leave = 0.000000 HOURS
Vac Post 09 279.930000-257.570000= 22.36000

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date | Description | Current | Year To Date |
|---|---|---|---|---|---|---|---|---|
| Regular | | 20.20 | 80.00 | 1616.00 | 11150.40 | Fed (M/4) (1551.31) | 36.98 | 312.48 |
| Vacation | | | | | 323.20 | OASDI (1576.31) | 97.73 | 782.23 |
| Sick | | | | | 646.40 | Medicare (1576.31) | 22.86 | 182.97 |
| Holiday | | | | | 808.00 | MD (Non-/4) (1551.31) | 67.67 | 542.71 |
| | | | | | | Pos Dis | 41.86 | 334.88 |
| | | | | | | 403b | 25.00 | 200.00 |
| | | | | | | Pre Dis | 39.69 | 311.27 |
| | | | | | | Hlth | | 185.20 |
| | | | | | | Checking 1 61196XXXX | 1112.21 | 8716.28 |
| | | | | | | Savings 1 26XXXX | 170.00 | 1360.00 |
| **Total Earnings** | | | 80.00 | 1616.00 | 12928.00 | **Total Deductions** | 1616.00 | 12928.00 |
| **NET PAY** | | | 1282.21 | **Total Direct Deposits** | 1282.21 | **Check Amount** | 0.00 | 0.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

VOID VOID VOID

**Dru Mondawmin Healthy Families Inc**
2100 Eutaw Pl
Baltimore, MD 21217

Wells Fargo Bank, N.A.

11-24
1210

Check Date 4/19/2022    Check Number  Memo

$************

Pay *No Dollars and No Cents*

To the Order of:
001            11            104    -99981821
**Shari W Cole**          **NON NEGOTIABLE**
7577 Pinewild Rd
Seven Valleys, PA 17360

Authorized Signature

CONTAINS A BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

BALTIMORE MD 212

22 APR 2022  PM 9  L

**Dru Mondawmin Healthy Families Inc**
2100 Eutaw Pl
Baltimore, MD 21217

001            11            104    -99981821
**Shari W Cole**
7577 Pinewild Rd
Seven Valleys, PA 17360

17360-917577

**VOID** **VOID** **VOID**

**Shari W Cole**

**Dru Mondawmin Healthy Families**   2100 Eutaw Pl  Baltimore, MD 21217

| | |
|---|---|
| Company | |
| 10XXXXXX1 | **Period Begin** 4/17/2022 |
| Number | **Period End** 4/30/2022 |
| 104 | **Check Number** 99981758 |
| Social Security # | **Check Date** 5/3/2022 |
| Hire Date | **Division** 001 |
| 10/XX/20XX | **Branch** |
| | **Department** 11 |
| | **Team** |

FT Sick = 22.240000 HOURS
Personal Leave = 0.000000 HOURS
Vac Post:09 282.940000-257.570000= 25.37000

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 20.20 | 80.00 | 1616.00 | 12766.40 |
| Vacation | | | | | 323.20 |
| Sick | | | | | 646.40 |
| Holiday | | | | | 808.00 |
| **Total Earnings** | | | 80.00 | 1616.00 | 14544.00 |
| **Net Pay** | | | | 1262.21 | |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/4) (1551.31) | 38.98 | 351.44 |
| OASDI (1576.31) | 97.73 | 879.96 |
| Medicare (1576.31) | 22.86 | 205.83 |
| MD (Non-/4) (1551.31) | 67.67 | 610.38 |
| Pos Dis | 41.86 | 376.74 |
| 403b | 25.00 | 225.00 |
| Pre Dis | 39.69 | 350.96 |
| Hth | | 188.20 |
| Checking 1 81198XXXX | 1112.21 | 9826.49 |
| Savings 1 25XXXX | 170.00 | 1530.00 |
| **Total Deductions** | 1616.00 | 14544.00 |

Total Direct Deposits 1262.21    **Check Amount** 0.00    0.00

**▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼**

Dru Mondawmin Healthy Families Inc
2100 Eutaw Pl
Baltimore, MD 21217

Wells Fargo Bank, N.A.    11-24 / 1210

**Check Date 5/3/2022**    **Check Number  Memo**

$ * * * * * * * * * * * * *

Pay No Dollars and No Cents

To the Order of:
601                    11
**Shari W Cole**
XXX XXXXX Rd
XXXXX XXXXXX, PA 17360

104  -99981758
**NON NEGOTIABLE**

PAY ONLY 0 DOLLARS AND 00 CTS CTS

Authorized Signature

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT

Patent Number US 7,975,904 B2

## Shari W Cole

| | | |
|---|---|---|
| **Company** | **Period Begin** | **Division** |
| 103855301 | 5/23/2022 | 001 |
| **Number** | **Period End** | **Branch** |
| 104 | 5/23/2022 | |
| **Social Security #** | **Check Number** | **Department** |
| | -99981633 | 11 |
| **Hire Date** | **Check Date** | **Team** |
| 10/8/2018 | 5/25/2022 | |

## Dru Mondawmin Healthy Families
2100 Eutaw Pl
Baltimore, MD 21217

FT Sick = 25.930000 HOURS
Personal Leave = 0.000000 HOURS
Vac Post 09  285.950000-257.570000= 28.38000

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | | | | 14382.40 |
| Vacation | | | | | 323.20 |
| Sick | | | | | 646.40 |
| Holiday | | | | | 808.00 |
| Bonus | | 20.20 | 0.00 | 1500.00 | 1500.00 |
| **Total Earnings** | | | 0.00 | 1500.00 | 17660.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/4) (1500.00) | 33.85 | 424.27 |
| OASDI (1500.00) | 93.00 | 1070.69 |
| Medicare (1500.00) | 21.75 | 250.44 |
| MD (Non-/4) (1500.00) | 64.08 | 742.13 |
| Pos Dis | | 418.80 |
| 403b | | 250.00 |
| Pre Dis | | 390.65 |
| Hlth | | 185.26 |
| Checking 1 61198XXXX | 1117.32 | 12068.92 |
| Savings 1 26XXXX | 170.00 | 1870.00 |
| **Total Deductions** | 1500.00 | 17660.00 |

**NET PAY** 1287.32 | **Total Direct Deposits** 1287.32 | **Check Amount** 0.00 | 0.00

▼ **REMOVE DOCUMENT ALONG THIS PERFORATION** ▼

**Dru Mondawmin Healthy Families Inc**
2100 Eutaw Pl
Baltimore, MD 21217

Wells Fargo Bank, N.A.
11-24
1210

**Check Date 5/25/2022**   **Check Number  Memo**

$*************

*Pay No Dollars and No Cents*

*To the Order of:*

104  -99981633

**NON NEGOTIABLE**

PAY ONLY 0 DOLLARS 00 CTS CTS

Authorized Signature

SECURITY FEATURES & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT

**Shari W Cole**

Dru Mondawmin Healthy Families 2100 Eutaw Pl Baltimore, MD 21217

| | |
|---|---|
| Company | Period Begin 5/15/2022 | Division 001 |
| 103655301 | Period End 5/28/2022 | Branch |
| Number 104 | Check Number -99981570 | Department 11 |
| Social Security # | Check Date 6/1/2022 | Team |
| Hire Date 10/8/2018 | | |

FT Sick = 5.620000 HOURS
Personal Leave = 0.000000 HOURS
Vac Post 09  288.960000-257.570000= 31.39000

**Earnings**

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 20.20 | 56.00 | 1131.20 | 15513.60 |
| Vacation | | | | | 323.20 |
| Sick | | 20.20 | 24.00 | 484.80 | 1131.20 |
| Holiday | | | | | 808.00 |
| Bonus | | | | | 1500.00 |
| | | | 80.00 | 1616.00 | 19276.00 |
| **Total Earnings** | | | | 1616.00 | 19276.00 |

**NET PAY**  1282.21  **Total Direct Deposits**  1282.21

**Deductions**

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/4) (1551.31) | 38.98 | 463.25 |
| OASDI (1576.31) | 97.73 | 1198.42 |
| Medicare (1576.31) | 22.66 | 273.30 |
| MD (Non-/4) (1551.31) | 67.67 | 808.50 |
| Pos Dis | 41.85 | 460.43 |
| 403b | 25.00 | 275.00 |
| Pre Dis | 39.69 | 430.34 |
| Hlth | | 185.20 |
| Checking 1 $1188XXXX | 1112.21 | 13170.23 |
| Savings 1 25XXXX | 170.00 | 2040.00 |
| **Total Deductions** | 1616.00 | 19276.00 |
| **Check Amount** | 0.00 | 0.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**Dru Mondawmin Healthy Families Inc**
2100 Eutaw Pl
Baltimore, MD 21217

Wells Fargo Bank, N.A.    11-25 / 1110

Check Date 6/1/2022    Check Number Memo

$ * * * * * * * * * * * *

Pay *No Dollars and No Cents*

PAY ONLY   .00 CTS CTS
NON NEGOTIABLE

To the Order of:
001        11
**Shari W Cole**
7577 Pinewild Rd
Seven Valleys, PA 17360

104  -99981570

Authorized Signature

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW, VOID IF NOT PRESENT