Certificate Number: 16339-PAM-DE-036763703

Bankruptcy Case Number: 22-01049


16339-PAM-DE-036763703

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 16, 2022</u>, at <u>9:35</u> o'clock <u>PM EDT</u>, <u>Richard Cole</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 16, 2022</u>　　　By: <u>/s/Kelley Tipton</u>

　　　　　　　　　　　　　　　　Name: <u>Kelley Tipton</u>

　　　　　　　　　　　　　　　　Title: <u>Certified Financial Counselor</u>