Certificate Number: 16339-PAM-DE-036763704

Bankruptcy Case Number: 22-01049



16339-PAM-DE-036763704

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 16, 2022, at 9:35 o'clock PM EDT, Shari Cole completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 16, 2022　　　By:　/s/Kelley Tipton

　　　Name:　Kelley Tipton

　　　Title:　Certified Financial Counselor