United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 22-01049-HWV
Richard Horace Cole, Jr. Chapter 13
Shari W Cole
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4
Date Rcvd: Aug 19, 2022     Form ID: ntcnfhrg     Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Horace Cole, Jr., Shari W Cole, 7577 Pinewild Road, Seven Valleys, PA 17360-9176 |
| cr | + | Logan's Reserve Homeowners Association, Inc., c/o Aaron S. Marines, Esquire, 101 North Pointe Boulevard, Suite 202, Lancaster, PA 17601 UNITED STATES 17601-4108 |
| 5478619 | + | Best Price Propane, 322 Cherry Street, Columbia, PA 17512-1419 |
| 5478621 | + | CGA Law Firm, 135 N George Street, York, PA 17401-1132 |
| 5478626 | | GB Collects LLC, 1253 Haddonfield Berlin Rd, Voorhees, NJ 08043-4847 |
| 5478629 | + | JC Ehrlich Pest Control, 5060 Ritter Road, Mechanicsburg, PA 17055-6774 |
| 5484977 | + | Logan's Reserve Homeowners Association, Russell, Krafft & Gruber, LLP, 101 North Pointe Boulevard, Suite 202, Lancaster, PA 17601-4108 |
| 5480159 | + | Logan's Reserve Homeowners Association, Inc., c/o Aaron S. Marines, Esquire, Russell, Krafft & Gruber, LLP, 101 North Pointe Boulevard, Suite 202, Lancaster, PA 17601-4108 |
| 5478630 | + | Logans Reserve HOA, 7400 Player Blvd, Seven Valleys, PA 17360-9194 |
| 5485493 | + | Metropolitan Edison Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5478635 | + | Russell Krafft & Gruber LLP, 101 N Pointe Blvd Ste 202, Lancaster, PA 17601-4108 |
| 5479129 | + | SYNOVUS, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 5478638 | | Shellpoint/Newrez, PO Box 619063, Dallas, TX 75261-9063 |
| 5478639 | + | Spine and Sports Rehabilitation, c/o Cornerstone Financial Services, PO Box 507, Jarrettsville, MD 21084-0507 |
| 5481246 | + | Springfield Township York County Sewer Authority, P.O. Box 75, Seven Valleys, PA 17360-0075 |
| 5478644 | + | The York Water Compnay, Box 15089, 130 East Market Street, York, PA 17401-1219 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 19 2022 18:41:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5478616 | ^ | MEBN | Aug 19 2022 18:33:21 | 1st Digital/synovus/vt, PO Box 85650, Sioux Falls, SD 57118-5650 |
| 5487753 | + | Email/Text: g20956@att.com | Aug 19 2022 18:36:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5478617 | + | Email/Text: bankruptcy@rentacenter.com | Aug 19 2022 18:36:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 5478618 | + | Email/Text: payments@brsi.net | Aug 19 2022 18:36:00 | Advanced Radiology of PA, c/o Business Revenue Systems Inc, PO Box 15097, Fort Wayne, IN 46885-5097 |
| 5489276 | + | Email/Text: bncmail@w-legal.com | Aug 19 2022 18:36:00 | Alliant Capital Management - HDH, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 5489932 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2022 18:41:40 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

| | | | | |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 5486958 | + | Email/Text: documentfiling@lciinc.com | Aug 19 2022 18:36:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5489943 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 19 2022 18:36:00 | CSMC 2021-JR1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5478620 | + | Email/Text: ngisupport@radiusgs.com | Aug 19 2022 18:36:00 | Central Credit Services, LLC, Attn: Bankruptcy, 9550 Regency Square Blvd, Ste 500 A, Jacksonville, FL 32225-8169 |
| 5478622 | + | Email/Text: documentfiling@lciinc.com | Aug 19 2022 18:36:00 | Comcast, Attn: M Gifford, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 5478623 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 19 2022 18:41:38 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5478624 | | Email/Text: bankruptcydepartment@tsico.com | Aug 19 2022 18:36:00 | EOS CCA, PO Box 981025, Boston, MA 02298-1025 |
| 5478625 | | Email/Text: jill@ffcc.com | Aug 19 2022 18:36:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 5487748 | | Email/Text: bankruptcy@glsllc.com | Aug 19 2022 18:36:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 5478627 | | Email/Text: bankruptcy@glsllc.com | Aug 19 2022 18:36:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 5478628 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Aug 19 2022 18:36:00 | Hunter Warfield, Attention: Bankruptcy, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 5484414 | + | Email/Text: gbechakas@outlook.com | Aug 19 2022 18:36:00 | Intercoastal Financial Llc, 7954 Transit Rd #136, Williamsville, NY 14221-4117 |
| 5478614 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 19 2022 18:36:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5486235 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2022 18:41:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5488635 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2022 18:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5478631 | + | Email/PDF: pa_dc_claims@navient.com | Aug 19 2022 18:41:37 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 5478632 | + | Email/PDF: pa_dc_claims@navient.com | Aug 19 2022 18:41:38 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 5480569 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 19 2022 18:36:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 5478853 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 19 2022 18:41:51 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5489022 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 19 2022 18:41:40 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5478615 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 19 2022 18:36:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5489174 | | Email/Text: perituspendrick@peritusservices.com | Aug 19 2022 18:36:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 5481589 | + | Email/Text: joey@rmscollect.com | Aug 19 2022 18:36:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 5478854 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 19 2022 18:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5484318 | | Email/Text: bnc-quantum@quantum3group.com | Aug 19 2022 18:36:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5478633 | | Email/Text: joey@rmscollect.com | Aug 19 2022 18:36:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 5478634 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2022 18:41:59 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5478641 | | Email/Text: amieg@stcol.com | Aug 19 2022 18:36:00 | State Collection Service, Attn: Bankruptcy, Po Box 6250, Madison, WI 53716 |
| 5478636 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 19 2022 18:36:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5481639 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 19 2022 18:36:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5478637 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 19 2022 18:36:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5478642 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 19 2022 18:41:51 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5478643 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Aug 19 2022 18:41:49 | T Mobile, PO Box 37380, Albuquerque, NM 87176 |
| 5479128 | + | Email/Text: bknotices@totalcardinc.com | Aug 19 2022 18:36:00 | THE BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 5489941 | | Email/Text: mtgbk@shellpointmtg.com | Aug 19 2022 18:36:00 | THE BANK OF NEW YORK MELLON et al, NewRez LLC et al, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 5478645 | + | Email/Text: bknotices@totalcardinc.com | Aug 19 2022 18:36:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 5478646 | ^ | MEBN | Aug 19 2022 18:33:08 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 5488395 | | Email/PDF: ebn_ais@aisinfo.com | Aug 19 2022 18:41:52 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5478647 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 19 2022 18:36:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 5478648 | + | Email/Text: kcm@yatb.com | Aug 19 2022 18:36:00 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5478640 | | Springfield Twp York Cty Sewer Auth, Address removed per entry 17 |
| cr | *+ | Springfield Township, York County, Sewer Authority, P.O. Box 75, Seven Valleys, PA 17360-0075 |
| 5487754 | *+ | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5489278 | *+ | Alliant Capital Management - HDH, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2022                  Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aaron S Marines | on behalf of Creditor Logan's Reserve Homeowners Association Inc. asm@rkglaw.com, dpp@rkglaw.com |
| Craig S. Sharnetzka | on behalf of Creditor Springfield Township York County, Sewer Authority csharnetzka@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Shari W Cole gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 Richard Horace Cole Jr. gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor CSMC 2021-JR1 Trust bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Richard Horace Cole Jr.,
aka Richard H Cole, aka Richard Cole Jr,

**Debtor 1**

Shari W Cole,
aka Shari Wagner Cole, aka Shari E Cole,

**Debtor 2**

Chapter 13

Case No. 1:22−bk−01049−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**September 7, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 14, 2022 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 19, 2022 |

ntcnfhrg (08/21)