In re:  Case No. 22-01049-HWV

Richard Horace Cole, Jr.  Chapter 13

Shari W Cole

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4

Date Rcvd: Aug 19, 2022     Form ID: pdf002     Total Noticed: 62

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Horace Cole, Jr., Shari W Cole, 7577 Pinewild Road, Seven Valleys, PA 17360-9176 |
| cr | + | Logan's Reserve Homeowners Association, Inc., c/o Aaron S. Marines, Esquire, 101 North Pointe Boulevard, Suite 202, Lancaster, PA 17601 UNITED STATES 17601-4108 |
| 5478619 | + | Best Price Propane, 322 Cherry Street, Columbia, PA 17512-1419 |
| 5478621 | + | CGA Law Firm, 135 N George Street, York, PA 17401-1132 |
| 5478626 | | GB Collects LLC, 1253 Haddonfield Berlin Rd, Voorhees, NJ 08043-4847 |
| 5478629 | + | JC Ehrlich Pest Control, 5060 Ritter Road, Mechanicsburg, PA 17055-6774 |
| 5484977 | + | Logan's Reserve Homeowners Association, Russell, Krafft & Gruber, LLP, 101 North Pointe Boulevard, Suite 202, Lancaster, PA 17601-4108 |
| 5480159 | + | Logan's Reserve Homeowners Association, Inc., c/o Aaron S. Marines, Esquire, Russell, Krafft & Gruber, LLP, 101 North Pointe Boulevard, Suite 202, Lancaster, PA 17601-4108 |
| 5478630 | + | Logans Reserve HOA, 7400 Player Blvd, Seven Valleys, PA 17360-9194 |
| 5485493 | + | Metropolitan Edison Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5478635 | + | Russell Krafft & Gruber LLP, 101 N Pointe Blvd Ste 202, Lancaster, PA 17601-4108 |
| 5479129 | + | SYNOVUS, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 5478638 | | Shellpoint/Newrez, PO Box 619063, Dallas, TX 75261-9063 |
| 5478639 | + | Spine and Sports Rehabilitation, c/o Cornerstone Financial Services, PO Box 507, Jarrettsville, MD 21084-0507 |
| 5481246 | + | Springfield Township York County Sewer Authority, P.O. Box 75, Seven Valleys, PA 17360-0075 |
| 5478644 | + | The York Water Compnay, Box 15089, 130 East Market Street, York, PA 17401-1219 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 19 2022 18:41:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5478616 | ^ | MEBN | Aug 19 2022 18:33:27 | 1st Digital/synovus/vt, PO Box 85650, Sioux Falls, SD 57118-5650 |
| 5487753 | + | Email/Text: g20956@att.com | Aug 19 2022 18:36:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5478617 | + | Email/Text: bankruptcy@rentacenter.com | Aug 19 2022 18:36:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 5478618 | + | Email/Text: payments@brsi.net | Aug 19 2022 18:36:00 | Advanced Radiology of PA, c/o Business Revenue Systems Inc, PO Box 15097, Fort Wayne, IN 46885-5097 |
| 5489276 | + | Email/Text: bncmail@w-legal.com | Aug 19 2022 18:36:00 | Alliant Capital Management - HDH, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 5489932 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2022 18:42:00 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

| Record | +/- | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 5486958 | + | Email/Text: documentfiling@lciinc.com | Aug 19 2022 18:36:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5489943 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 19 2022 18:36:00 | CSMC 2021-JR1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5478620 | + | Email/Text: ngisupport@radiusgs.com | Aug 19 2022 18:36:00 | Central Credit Services, LLC, Attn: Bankruptcy, 9550 Regency Square Blvd, Ste 500 A, Jacksonville, FL 32225-8169 |
| 5478622 | + | Email/Text: documentfiling@lciinc.com | Aug 19 2022 18:36:00 | Comcast, Attn: M Gifford, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 5478623 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 19 2022 18:41:52 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5478624 | | Email/Text: bankruptcydepartment@tsico.com | Aug 19 2022 18:36:00 | EOS CCA, PO Box 981025, Boston, MA 02298-1025 |
| 5478625 | | Email/Text: jill@ffcc.com | Aug 19 2022 18:36:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 5487748 | | Email/Text: bankruptcy@glsllc.com | Aug 19 2022 18:36:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 5478627 | | Email/Text: bankruptcy@glsllc.com | Aug 19 2022 18:36:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 5478628 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Aug 19 2022 18:36:00 | Hunter Warfield, Attention: Bankruptcy, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 5484414 | + | Email/Text: gbechakas@outlook.com | Aug 19 2022 18:36:00 | Intercoastal Financial Llc, 7954 Transit Rd #136, Williamsville, NY 14221-4117 |
| 5478614 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 19 2022 18:36:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5486235 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2022 18:41:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5488635 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2022 18:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5478631 | + | Email/PDF: pa_dc_claims@navient.com | Aug 19 2022 18:41:51 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 5478632 | + | Email/PDF: pa_dc_claims@navient.com | Aug 19 2022 18:41:38 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 5480569 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 19 2022 18:36:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 5478853 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 19 2022 18:41:59 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5489022 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 19 2022 18:41:59 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5478615 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 19 2022 18:36:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5489174 | | Email/Text: perituspendrick@peritusservices.com | Aug 19 2022 18:36:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 5481589 | + | Email/Text: joey@rmscollect.com | Aug 19 2022 18:36:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 5478854 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 19 2022 18:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5484318 | | Email/Text: bnc-quantum@quantum3group.com | Aug 19 2022 18:36:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5478633 | | Email/Text: joey@rmscollect.com | Aug 19 2022 18:36:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 5478634 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2022 18:41:52 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5478641 | | Email/Text: amieg@stcol.com | Aug 19 2022 18:36:00 | State Collection Service, Attn: Bankruptcy, Po Box 6250, Madison, WI 53716 |
| 5478636 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 19 2022 18:36:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5481639 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 19 2022 18:36:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5478637 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 19 2022 18:36:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5478642 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 19 2022 18:41:50 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5478643 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Aug 19 2022 18:41:34 | T Mobile, PO Box 37380, Albuquerque, NM 87176 |
| 5479128 | + | Email/Text: bknotices@totalcardinc.com | Aug 19 2022 18:36:00 | THE BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 5489941 | | Email/Text: mtgbk@shellpointmtg.com | Aug 19 2022 18:36:00 | THE BANK OF NEW YORK MELLON et al, NewRez LLC et al, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 5478645 | + | Email/Text: bknotices@totalcardinc.com | Aug 19 2022 18:36:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 5478646 | ^ | MEBN | Aug 19 2022 18:33:09 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 5488395 | | Email/PDF: ebn_ais@aisinfo.com | Aug 19 2022 18:41:52 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5478647 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 19 2022 18:36:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 5478648 | + | Email/Text: kcm@yatb.com | Aug 19 2022 18:36:00 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |

TOTAL: 46

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5478640 | | Springfield Twp York Cty Sewer Auth, Address removed per entry 17 |
| cr | *+ | Springfield Township, York County, Sewer Authority, P.O. Box 75, Seven Valleys, PA 17360-0075 |
| 5487754 | *+ | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5489278 | *+ | Alliant Capital Management - HDH, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron S Marines | on behalf of Creditor Logan's Reserve Homeowners Association Inc. asm@rkglaw.com, dpp@rkglaw.com |
| Craig S. Sharnetzka | on behalf of Creditor Springfield Township York County, Sewer Authority csharnetzka@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Shari W Cole gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 Richard Horace Cole Jr. gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor CSMC 2021-JR1 Trust bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

Rev. 12/01/19

LOCAL BANKRUPTCY FORM 3015-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Richard Horace Cole, Jr
Shari W Cole

CHAPTER 13
CASE NO. 1:22-bk-01049

☑ ORIGINAL PLAN
☐ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☐ Number of Motions to Avoid Liens
☑ Number of Motions to Value Collateral

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

1. The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania.    ☑ Included    ☐ Not Included

2. The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor.    ☑ Included    ☐ Not Included

3. The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G.    ☐ Included    ☑ Not Included

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN.**

   A. **Plan Payments From Future Income**

   1. To date, the Debtor paid $ **0** (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**151,250.00**, plus other payments and property stated in § 1B below:

   | Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
   |---|---|---|---|---|---|
   | 09/2022 | 03/2027 | $2,750.00 | $0.00 | $2,750.00 | $151,250.00 |
   | 04/2027 | 08/2027 | $0.00 | $0.00 | $0.00 | $0.00 |
   |  |  |  |  |  |  |
   |  |  |  |  |  |  |
   |  |  |  |  |  |  |
   |  |  |  |  | Total Payments: | $151,250.00 |

   2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ☑ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is **$0**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

☑ No assets will be liquidated. *If this line is checked, the rest of § 1.B.2 and complete § 1.B.3 if applicable*

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

☑ Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

| Name of Creditor | | Last Four Digits of Account Number | Estimated Monthly Payment |
|---|---|---|---|
| Chrysler Cap/Santander Consumer USA | Attn: Bankruptcy; Po Box 961245; Fort Worth, TX 76161 | 1000 | $203.00 |

1. The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

2. If a mortgagee files a notice pursuant to Fed. R. Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

☑ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

2

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Select Portfolio Servicing, Inc | 7577 Pinewild Road Seven Valleys, PA 17360 | 3854 |
| Shellpoint/Newrez | 7577 Pinewild Road Seven Valleys, PA 17360 | 8976 |
| Global Lending | 2013 Lexus RX | |

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence).** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

☑ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Select Portfolio Servicing, Inc | 7577 Pinewild Road Seven Valleys, PA 17360 | As per Poc (Estimated to be $34,326.00) | $0.00 | As per POC (estimated to be $33,854.82) |
| Shellpoint/Newrez | 7577 Pinewild Road Seven Valleys, PA 17360 | As per POC (estimated to be $34,500.00) | $0.00 | As per POC (estimated to be $34,026.43) |
| Global Lending | 2013 Lexus RX | As per POC (estimated to be $325.00) | $0.00 | As per POC (estimated to be $325.00) |

D. **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**

☐ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

☑ The claims below are secured claims for which a § 506 valuation is not applicable, and can include: (1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value; (2) conduit payments; or (3) secured claims not provided for elsewhere.

1. The allowed secured claims listed below shall be paid in full and their liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code.

2. In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised. If an objection is raised, then the court will determine the present value interest rate and amount at the confirmation hearing.

3. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be Paid in Plan |
|---|---|---|---|---|
| Logans Reserve HOA | 7577 Pinewild Road Seven Valleys, PA | $10,509.12 (as per, filed, POC) | 0.00% | $10,509.12 (as per, filed, POC) |
| Springfield Twp, York Cty, Sewer Authority | 7577 Pinewald Road, Seven Valleys, PA | $8,418.76 (as per, filed POC) | 1.00% | $8,418.76 (as per, filed, POC) |

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*

Case 1:22-bk-01049-HWV    Doc 30    Filed 08/21/22    Entered 08/22/22 00:19:49    Desc
Imaged Certificate of Notice    Page 7 of 11

☐ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

☑ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary or other action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan, Adversary or Other Action |
|---|---|---|---|---|---|
| Chrysler Cap/Santander Consumer USA | MDX Acura 2016 150000 miles Stated value as per average of NADA ($22,050.00) and Kelley Blue Book ($13,821.00) | $17,935.50 | 5.75% | $20,605.30 | Plan |

F. **Surrender of Collateral.** *Check one.*

☑ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

☑ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS.**

   A. **Administrative Claims**

   1. **Trustee's Fees.** Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. **Attorney's fees.** Complete only one of the following options:

   a. In addition to the retainer of $ **0.00** already paid by the Debtor, the amount of $ **0.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

   b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

   3. **Other.** Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
   *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

   B. **Priority Claims (including, certain Domestic Support Obligations)**

   Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| York Adams Tax Bureau | $12,778.83 (as per, filed, POC, based on estimated tax due) |
| PA Dept of Revenue | $182.57 (as per, filed POC) |
| IRS (Debtor Richard Cole - 2021) | $534.00 |

4

C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

☑ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

   A. **Claims of Unsecured Nonpriority Creditors Specially Classified.**
   *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

   B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*

   ☐ plan confirmation.
   ☐ entry of discharge.
   ☑ closing of case.

7. **DISCHARGE: (Check one)**

   ☑ The debtor will seek a discharge pursuant to § 1328(a).
   ☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1:   Adequate protection payments.
Level 2:   Debtor's attorney's fees.
Level 3:   Domestic Support Obligations.
Level 4:   Priority claims, pro rata.
Level 5:   Secured claims, pro rata.
Level 6:   Specially classified unsecured claims.
Level 7:   Timely filed general unsecured claims.
Level 8:   Untimely filed general unsecured claims to which the Debtor has not objected.

9. **NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

**ADDENDUM TO CHAPTER 13 PLAN**

1A. If one of the Debtors is not employed at the time of the filing of the Plan, but has the ability to work, Debtors will notify counsel when he (or she) returns to work, and any necessary adjustments to the Plan will be made at that time.

2(C) & 2(D). Said amounts are estimated. Debtor will pay the amount as stated in the Proof of Claim unless an objection is filed to the claim, in which case debtor will pay the amount determined by the Court or as agreed to by the parties. Debtor waives the right to object to these claims after the Plan is confirmed.

2(E). Amounts stated are estimated. If an objection is filed to a Proof of Claim, payment of the amount determined by the Court or as stipulated to by the parties.

2F. The collateral being surrendered is being surrendered in full satisfaction of debt.

3B. IRS, PA Department of Revenue and local tax claims - The priority and/or secured portion of a timely filed allowed Proof of Claim relating to tax claims referenced shall be paid in full through the Plan. If an objection is filed to any such claim, the amount of the unsecured priority and secured claim determined by the Court or through agreement of the parties shall be paid in full through the Plan.

Debtor may in the future provide for payment of post petition federal, state and/or local tax claims to the detriment of non priority unsecured claims.

3A(2). Attorney fees. Debtor's counsel will bill attorney's time at $295.00 per hour associates time at $235.00 per hour and paralegal time at $135.00 per hour. Said hourly fees are subject to change upon reasonable notice to Debtor(s). Debtor's counsel will submit a Fee Application to the Court for approval of fees. Only those fees and costs approved by the Court shall be paid by the Trustee to counsel.

In addition to fees, Debtors will be responsible for expenses, including photo copying, travel (where applicable), postage, court costs, filing fees, and similar expenses which are incurred by counsel in the course of performing services to the Debtors.

1A. If one of the Debtors is not employed at the time of the filing of the Plan, but has the ability to work, Debtors will notify counsel when he (or she) returns to work, and any necessary adjustments to the Plan will be made at that time.

2(C) & 2(D). Said amounts are estimated. Debtor will pay the amount as stated in the Proof of Claim unless an objection is filed to the claim, in which case debtor will pay the amount determined by the Court or as agreed to by the parties. Debtor waives the right to object to these claims after the Plan is confirmed.

2(E). Amounts stated are estimated. If an objection is filed to a Proof of Claim, payment of the amount determined by the Court or as stipulated to by the parties.

2F. The collateral being surrendered is being surrendered in full satisfaction of debt.

3B. IRS, PA Department of Revenue and local tax claims - The priority and/or secured portion of a timely filed allowed Proof of Claim relating to tax claims referenced shall be paid in full through the Plan. If an objection is filed to any such claim, the amount of the unsecured priority and secured claim determined by the Court or through agreement of the parties shall be paid in full through the Plan.

Debtor may in the future provide for payment of post petition federal, state and/or local tax claims to the detriment of non priority unsecured claims.

3A(2). Attorney fees. Debtor's counsel will bill attorney's time at $295.00 per hour associates time at $235.00 per hour and paralegal time at $135.00 per hour. Said hourly fees are subject to change upon reasonable notice to Debtor(s). Debtor's counsel will submit a Fee Application to the Court for approval of fees. Only those fees and costs approved by the Court shall be paid by the Trustee to counsel.

In addition to fees, Debtors will be responsible for expenses, including photo copying, travel (where applicable), postage, court costs, filing fees, and similar expenses which are incurred by counsel in the course of performing services to the Debtors.

Dated: 8/4/2022

Gary J. Imblum
Attorney for Debtor

Richard Horace Cole, Jr
Debtor

Shari W Cole
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.