

November 3, 2022

US Bankruptcy Court
Middle District of Pennsylvania (Harrisburg)

Re: Richard Horace Cole, Jr. and Shari W Cole; Case 22-01049
Notice to Withdraw Proof of Claim

Please withdraw proof of claim #30 as it is filed in error. Claim 1-2 represents the Department's current interest in this case.

Thank you


/s/ Patrick M. Miller

**Patrick M. Miller** | Bankruptcy Supervisor
PA Department of Revenue
Bureau of Compliance
4th and Walnut St. | Harrisburg, PA 17128
Phone: (717)783-6256
E-mail: patrickmi@pa.gov
www.revenue.state.pa.us