United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Richard Horace Cole, Jr.<br>Shari W Cole<br>    Debtors | Case No. 22-01049-HWV<br>Chapter 13 |

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Nov 10, 2022     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Richard Horace Cole, Jr., Shari W Cole, 7577 Pinewild Road, Seven Valleys, PA 17360-9176 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022       Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron S Marines | on behalf of Creditor Logan's Reserve Homeowners Association  Inc. asm@rkglaw.com, dpp@rkglaw.com |
| Brian C Nicholas | on behalf of Creditor CSMC 2021-JR1 Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Craig S. Sharnetzka | on behalf of Creditor Springfield Township  York County, Sewer Authority csharnetzka@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com;ephillips@cgalaw.com |
| Gary J Imblum | on behalf of Plaintiff Shari W Cole gary.imblum@imblumlaw.com<br>gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |

| | |
|---|---|
| Gary J Imblum | on behalf of Plaintiff Richard Horace Cole Jr. gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Shari W Cole gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 Richard Horace Cole Jr. gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 13 |
| RICHARD HORACE COLE, JR. and SHARI : | |
| W. COLE, : | CASE NO. 1:22-bk-01049-HWV |
| : | |
| Debtors. : | |

## ORDER TO SHOW CAUSE

Upon consideration of the Chapter 13 Plan, Doc. 23, and the hearing held on November 9, 2022, Doc. 41, it is hereby

**ORDERED** that the Debtor shall appear before the undersigned Bankruptcy Judge on January 11, 2023 at 9:30 a.m. to demonstrate that all outstanding documents have been filed or provided to Debtor's counsel for filing. In the event that cause is not shown by this date, confirmation of the Plan will be denied.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 9, 2022