# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558.8990

November 16, 2022

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

RE: Richard Horace Cole Jr. & Shari W. Cole
Chapter 13 Bankruptcy Case No. 1-22-01049-HWV

Dear Clerk:

Please issue a certified Order Avoiding Judgment Lien of Arrow Financial Services, LLC in the above matter. The Docket Number of the Order is 44.

Very truly yours,

IMBLUM LAW OFFICES, P.C.

/s/ Gary J. Imblum

Gary J. Imblum

GJI/cvs

F:\BANKRUPT\CLIENTS\YORK\COLE Richard & Shari\Pleadings & Creditors\Arrow Financial Services - Avoid Lien\11-16-22 BK Request (Certified Order).ltr.wpd

Case 1:22-bk-01049-HWV    Doc 45    Filed 11/16/22    Entered 11/16/22 10:07:02    Desc
Main Document    Page 1 of 1