United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01049-HWV |
| Richard Horace Cole, Jr. | Chapter 13 |
| Shari W Cole | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 15, 2022 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Arrow Financial Services, LLC, 5 Great Valley Parkway, Suite 100, Malvern, PA 19355-1426 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: signed.order@pfwattorneys.com | Nov 15 2022 18:49:00 | Arrow Financial Services, LLC, c/o Pressler, Felt & Warshaw, LLP, Attn: Daniel J. Santucci, Esquire, 400 Horsham Rd, Ste 110, Horsham, PA 19044 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron S Marines | on behalf of Creditor Logan's Reserve Homeowners Association Inc. asm@rkglaw.com, dpp@rkglaw.com |
| Brian C Nicholas | on behalf of Creditor CSMC 2021-JR1 Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Craig S. Sharnetzka | |

| | |
|---|---|
| | on behalf of Creditor Springfield Township York County, Sewer Authority csharnetzka@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com;ephillips@cgalaw.com |
| Gary J Imblum | on behalf of Plaintiff Shari W Cole gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Plaintiff Richard Horace Cole Jr. gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Shari W Cole gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 Richard Horace Cole Jr. gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>RICHARD HORACE COLE JR.<br>aka RICHARD H. COLE<br>aka RICHARD COLE JR.<br>SHARI W. COLE<br>aka SHARI WAGNER COLE<br>aka SHARI E. COLE<br>        Debtors | CASE NO. 1:22-bk-01049-HWV<br><br>CHAPTER 13 |
| RICHARD HORACE COLE JR.<br>aka RICHARD H. COLE<br>aka RICHARD COLE JR.<br>SHARI W. COLE<br>aka SHARI WAGNER COLE<br>aka SHARI E. COLE<br>        Movants<br><br>vs.<br><br>ARROW FINANCIAL SERVICES, LLC<br>        Respondent | |

## ORDER AVOIDING JUDGMENT LIEN

Upon consideration of Debtors/Movants' Motion to Avoid the Judicial lien filed against certain residential real estate owned by the Debtors/Movants situate at 7577 Pinewild Road, Seven Valleys, York County, Pennsylvania, Tax May No. 47-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, filed by Respondent, Arrow Financial Services, LLC, to Number 2010-SU-003429-86 filed on July 8, 2010 in York County, Pennsylvania,

**IT IS HEREBY ORDERED AND DECREED** that the Judgment lien to Number 2010-SU-003429-86 held by Arrow Financial Services, LLC in Debtors' property is hereby avoided.

A copy of this Order may be recorded in the York County Prothonotary's Office to evidence avoidance of aforementioned Judgment lien and the Prothonotary is directed to terminate the Judgment in the Judgment indices.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 15, 2022