**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RICHARD HORACE COLE, JR. and<br>SHARI W. COLE,<br><br>**Debtor(s)**<br>GLOBAL LENDING SERVICES LLC,<br><br><br>**Plaintiff(s)/Movant(s)**<br>vs.<br>RICHARD HORACE COLE, JR.<br>SHARI W. COLE, and<br>JACK N. ZAHAROPOULOS, Trustee,<br><br>**Defendant(s)/Respondent(s)** | CHAPTER __13__<br><br>CASE NO. _1_-_22_-bk-_01049_<br><br><br><br>ADVERSARY NO. ___-___-ap._____<br>(if applicable)<br><br><br><br>Nature of Proceeding: _Motion for_<br><br>Pleading: _Relief from Automatic Stay_<br><br><br>Document #: _47, 48_ |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☑ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  ☑ Thirty (30) days.
  ☐ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: _December 7, 2022_  /s/ Keri P. Ebeck
                           Attorney for _Toyota Lease Trust_

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.