IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>MEGAN DANIELLE WORZEL,<br><br>Debtor,<br><br>GLOBAL LENDING SERVICES LLC,<br><br>Movant,<br><br>V.<br><br>MEGAN DANIELLE WORZEL, and<br>JACK N. ZAHAROPOULOS, Trustee,<br>Respondents. | Bankruptcy No. 5:22-bk-00921-MJC<br><br>Chapter 13<br><br>Doc. No. 40, 42 |

## CERTIFICATE OF SERVICE OF REQUEST RE-LIST THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM STAY

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on January 6, 2023, I served copies of the Request to Re-List the Motion for Relief from Stay Hearing, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Megan Danielle Worzel<br>112 Maple Circle<br>Greentown, PA 18426 | Tullio DeLuca<br>381 N. 9th Avenue<br>Scranton, PA 18504 |
| Jack N Zaharopoulos<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101 |

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120