**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER __13__ |
| RICHARD HORACE COLE, JR. and SHARI W. COLE, | : | CASE NO. _1_-_22_-bk-_01049_ |
| **Debtor(s)** | : | |
| GLOBAL LENDING SERVICES LLC, | : | ADVERSARY NO. ___-___-ap_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** vs. | : | Nature of Proceeding: _Motion for_ |
| RICHARD HORACE COLE, JR. SHARI W. COLE, and | : | Pleading: _Relief from Automatic Stay_ |
| **Defendant(s)/Respondent(s)** | : | Document #: _47, 48_ |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☑ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
   ☑ Thirty (30) days.
   ☐ Forty-five (45) days.
   ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: _January 31, 2023_        /s/ Keri P. Ebeck
                                 Attorney for _Global Lending Services, LLC_

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.