Rev. 12/01/17

# LOCAL BANKRUPTCY FORM 2016-2(c)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Richard Horace Cole, Jr. | : | CHAPTER 13 |
| a/k/a Richard H. Cole | : | |
| a/k/a Richard Cole, Jr. | : | CASE NO. 1 - 22 -bk- 01049 |
| Shari W. Cole | : | |
| a/k/a Shari Wagner Cole | : | |
| a/k/a Shari E. Cole | : | |
| **Debtor(s)** | : | |

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed under a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $ |
| 2. Less amount paid to attorney outside of plan distributions | $ |
| 3. Balance of compensation to be paid through plan distributions | $ |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Compensation and expenses to be approved by the Court | $ 14,401.88 |
| 2. Less amounts paid to attorney outside of plan distributions | $ 1,500.00 |
| 3. Balance of compensation and expenses to be paid through plan distributions | $ 12,901.88 |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 12,901.88 |

Dated: 03 / 15 / 2023

_____
Attorney for Debtor

For fees and costs through March 13, 2023. A fee application will be filed in the near future.