# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Richard Horace Cole Jr, aka Richard H Cole, aka Richard Cole Jr,
Shari W Cole, aka Shari Wagner Cole, aka Shari E Cole,

CASE NO: 1:22-bk-01049-HWV

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

---

On 3/23/2023, I did cause a copy of the following documents, described below,

Order Confirming Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/23/2023

/s/ Gary J. Imblum
Gary J. Imblum  42606

Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA  17111
717 538 5250
sharlene.miller@imblumlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Richard Horace Cole Jr, aka Richard H Cole, aka Richard Cole Jr,
Shari W Cole, aka Shari Wagner Cole, aka Shari E Cole,

CASE NO: 1:22-bk-01049-HWV

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 3/23/2023, a copy of the following documents, described below,

Order Confirming Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/23/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA 17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Richard Horace Cole Jr., | Chapter | 13 |
| aka Richard H Cole, aka Richard Cole Jr, | | |
| **Debtor 1** | Case No. | 1:22-bk-01049-HWV |
| Shari W Cole, | | |
| aka Shari Wagner Cole, aka Shari E Cole, | | |
| **Debtor 2** | | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on February 3, 2023. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: March 22, 2023

orcnfpln(05/18)

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.
CASE INFO                                  EXCLUDE                                   EXCLUDE

  LABEL MATRIX FOR LOCAL NOTICING          (U) CSMC 2021JR1 TRUST                    (U) GLOBAL LENDING SERVICES LLC
NCRS ADDRESS DOWNLOAD
CASE 122-BK-01049-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
THU MAR 23 9-9-30 PST 2023




LOGANS RESERVE HOMEOWNERS ASSOCIATION      PA DEPARTMENT OF REVENUE                  PRA RECEIVABLES MANAGEMENT    LLC
CO AARON S MARINES   ESQUIRE               BANKRUPTCY DIVISION PO BOX 280946         PO BOX 41021
101 NORTH POINTE BOULEVARD                 HARRISBURG   PA 17128-0946                NORFOLK   VA 23541-1021
SUITE 202
LANCASTER   PA 17601-4108




                                                                                     EXCLUDE

SANTANDER CONSUMER USA INC DBA CHRYSLER    SPRINGFIELD TOWNSHIP   YORK COUNTY        US BANKRUPTCY COURT
CAP                                        SEWER AUT                                 RONALD REAGAN FEDERAL BUILDING
PO BOX 961245                              PO BOX 75                                 228 WALNUT ST   RM 320
FORT WORTH   TX 76161-0244                 SEVEN VALLEYS   PA 17360-0075             HARRISBURG   PA 17101-1737




1ST DIGITALSYNOVUSVT                       ATT MOBILITY II LLC                       ACCEPTANCENOW
PO BOX 85650                               ATT SERVICES INC                          ATTN BANKRUPTCY
SIOUX FALLS   SD 57118-5650                KAREN A CAVAGNARO   PARALEGAL             5501 HEADQUARTERS DRIVE
                                           ONE ATT WAY   SUITE 3A104                 PLANO   TX 75024-6191
                                           BEDMINSTER   NJ 07921-2693




ADVANCED RADIOLOGY OF PA                   AIDVANTAGE ON BEHALF OF                   ALLIANT CAPITAL MANAGEMENT   HDH
CO BUSINESS REVENUE SYSTEMS INC            DEPARTMENT OF EDUCATION LOAN SERVICES     CO WEINSTEIN   RILEY   PS
PO BOX 15097                               PO BOX 9635                               2001 WESTERN AVE   STE 400
FORT WAYNE   IN 46885-5097                 WILKES-BARRE   PA 18773-9635              SEATTLE   WA 98121-3132




ASHLEY FUNDING SERVICES   LLC              BEST PRICE PROPANE                        CGA LAW FIRM
RESURGENT CAPITAL SERVICES                 322 CHERRY STREET                         135 N GEORGE STREET
PO BOX 10587                               COLUMBIA   PA 17512-1419                  YORK   PA 17401-1132
GREENVILLE   SC 29603-0587




COMCAST                                    CSMC 2021JR1 TRUST                        CENTRAL CREDIT SERVICES   LLC
PO BOX 1931                                CO SELECT PORTFOLIO SERVICING   INC       ATTN BANKRUPTCY
BURLINGAME   CA 94011-1931                 PO BOX 65250                              9550 REGENCY SQUARE BLVD   STE 500 A
                                           SALT LAKE CITY UT 84165-0250              JACKSONVILLE   FL 32225-8169




COMCAST                                    CREDIT ONE BANK                           EOS CCA
ATTN   M GIFFORD                           ATTN BANKRUPTCY DEPARTMENT                PO BOX 981025
1701 JFK BLVD                              PO BOX 98873                              BOSTON   MA 02298-1025
PHILADELPHIA   PA 19103-2899               LAS VEGAS   NV 89193-8873




(P) FIRST FEDERAL CREDIT CONTROL   INC     GB COLLECTS LLC                           (P) GLOBAL LENDING SERVICES LLC
24700 CHAGRIN BLVD                         1253 HADDONFIELD BERLIN RD                1200 BROOKFIELD BLVD STE 300
SUITE 205                                  VOORHEES   NJ 08043-4847                  GREENVILLE SC 29607-6583
BEACHWOOD OH 44122-5662
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

~~EXCLUDE~~
~~(D)(P)GLOBAL LENDING SERVICES LLC~~
~~1200 BROOKFIELD BLVD STE 300~~
~~GREENVILLE SC 29607-6583~~

HUNTER WARFIELD
ATTENTION BANKRUPTCY
4620 WOODLAND CORPORATE BLVD
TAMPA  FL  33614-2415

INTERCOASTAL FINANCIAL LLC
7954 TRANSIT RD 136
WILLIAMSVILLE  NY  14221-4117


INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA  PA  19101-7346

JC EHRLICH PEST CONTROL
5060 RITTER ROAD
MECHANICSBURG  PA  17055-6774

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC  29603-0587


LOGANS RESERVE HOMEOWNERS ASSOCIATION
RUSSELL  KRAFFT  GRUBER  LLP
101 NORTH POINTE BOULEVARD  SUITE 202
LANCASTER  PA  17601-4108

LOGANS RESERVE HOMEOWNERS ASSOCIATION
CO AARON S MARINES  ESQUIRE
RUSSELL  KRAFFT  GRUBER  LLP
101 NORTH POINTE BOULEVARD  SUITE 202
LANCASTER  PA  17601-4108

LOGANS RESERVE HOA
7400 PLAYER BLVD
SEVEN VALLEYS  PA  17360-9194


METROPOLITAN EDISON COMPANY
101 CRAWFORDS CORNER ROAD
BUILDING 1 SUITE 1-511
HOLMDEL  NJ  07733-1976

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI  48090-2037

NAVIENT
ATTN BANKRUPTCY
PO BOX 9640
WILKES-BARRE  PA  18773-9640


NAVIENT SOLUTIONS INC
ATTN BANKRUPTCY
PO BOX 9500
WILKES-BARRE  PA  18773-9500

NAVIENT SOLUTIONS  LLC ON BEHALF OF
ASCENDIUM EDUCATION SOLUTIONS INC
PO BOX 8961
MADISON  WI  53708-8961

ORION
CO PRA RECEIVABLES MANAGEMENT  LLC
PO BOX 41021
NORFOLK  VA  23541-1021


ORION PORTFOLIO SERVICES II  LLC
CO PRA RECEIVABLES MANAGEMENT  LLC
PO BOX 41021
NORFOLK  VA  23541-1021

PA DEPT OF REVENUE
ATTN  BANKRUPTCY DIVISION
DEPT 280946
HARRISBURG  PA  17128-0946

PATIENT FIRST CO RECEIVABLES MANAGEMEN
SYS
PO BOX 73810
NORTH  CHESTERFIELD  VA  23235-8047


(P)PERITUS PORTFOLIO SERVICES II  LLC
PO BOX 141419
IRVING TX 75014-1419

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION  PO BOX 280946
HARRISBURG PA  17128-0946

QUANTUM3 GROUP LLC AS AGENT FOR
CROWN ASSET MANAGEMENT LLC
PO BOX 788
KIRKLAND  WA  98083-0788


RECEIVABLE MANAGEMENT INC
7206 HULL ROAD
SUITE 211
RICHMOND  VA  23235

RESURGENT CAPITAL SERVICES
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE  SC  29603-0497

RUSSELL KRAFFT  GRUBER LLP
101 N POINTE BLVD STE 202
LANCASTER  PA  17601-4108


SYNOVUS
2700 S LORRAINE PL
SIOUX FALLS  SD  57106-3657

SANTANDER CONSUMER USA
ATTN BANKRUPTCY
PO BOX 961245
FORT WORTH  TX  76161-0244

~~EXCLUDE~~
~~(D)SANTANDER CONSUMER USA INC DBA~~
~~CHRYSLER CAP~~
~~PO BOX 961245~~
~~FORT WORTH  TX  76161-0244~~

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

SANTANDER CONSUMER USA   INC
DBA CHRYSLER CAPITAL
PO BOX 961275
FORT WORTH   TX 76161-0275

SELECT PORTFOLIO SERVICING   INC
ATTN BANKRUPTCY
PO BOX 65250
SALT LAKE CITY   UT 84165-0250

SHELLPOINTNEWREZ
PO BOX 619063
DALLAS   TX 75261-9063

SPINE AND SPORTS REHABILITATION
CO CORNERSTONE FINANCIAL SERVICES
PO BOX 507
JARRETTSVILLE   MD 21084-0507

SPRINGFIELD TOWNSHIP YORK COUNTY SEWER
AUTHO
PO BOX 75
SEVEN VALLEYS   PA 17360-0075

~~EXCLUDE~~
~~(U) SPRINGFIELD TWP YORK CTY SEWER AUTH~~
~~ADDRESS REMOVED PER ENTRY 17~~

(P) STATE COLLECTION SERVICE INC
2509 S STOUGHTON RD
MADISON WI 53716-3314

SYNCHRONYPAYPAL CREDIT
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO   FL 32896-5060

(P) T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

THE BANK OF MISSOURI
2700 S LORRAINE PL
SIOUX FALLS   SD 57106-3657

THE BANK OF NEW YORK MELLON ET AL
NEWREZ LLC ET AL
BANKRUPTCY DEPARTMENT
PO BOX 10826
GREENVILLE   SC 29603-0826

THE YORK WATER COMPNAY
BOX 15089
130 EAST MARKET STREET
YORK   PA 17401-1219

TOTAL VISATHE BANK OF MISSOURI
ATTN BANKRUPTCY
PO BOX 85710
SIOUX FALLS   SD 57118-5710

TRIDENT ASSET MANAGEMENT
ATTN BANKRUPTCY
PO BOX 888424
ATLANTA   GA 30356-0424

UNITED STATES TRUSTEE
228 WALNUT STREET   SUITE 1190
HARRISBURG   PA 17101-1722

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 4457
HOUSTON   TX 77210-4457

VERIZON WIRELESS
ATTN BANKRUPTCY
500 TECHNOLOGY DR   STE 599
WELDON SPRINGS   MO 63304-2225

YORK ADAMS TAX BUREAU
POST OFFICE BOX 15627
YORK   PA 17405-0156

~~EXCLUDE~~
~~GARY J IMBLUM~~
~~IMBLUM LAW OFFICES   PC~~
~~4615 PERRY STREET~~
~~HARRISBURG   PA 17111-2660~~

(P) JACK N   ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

DEBTOR
RICHARD HORACE COLE JR
7577 PINEWILD ROAD
SEVEN VALLEYS   PA 17360-9176

SHARI W COLE
7577 PINEWILD ROAD
SEVEN VALLEYS   PA 17360-9176