IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RICHARD HORACE COLE JR. : CHAPTER 13 | |
| aka RICHARD H. COLE : | |
| aka RICHARD COLE JR. : | |
| SHARI W. COLE : | |
| aka SHARI WAGNER COLE : | |
| aka SHARI E. COLE : | |
| Debtor : | |
| : | |
| JACK N. ZAHAROPOULOS : | |
| STANDING CHAPTER 13 TRUSTEE : | |
| Objectant : | |
| : | |
| vs. : CASE NO. 1:22-bk-01049-HWV | |
| : | |
| GARY J. IMBLUM, ESQUIRE : OBJECTION TO APPLICATION | |
| Applicant : FOR ATTORNEY FEES | |

## ORDER

AND NOW, upon consideration of the Trustee's Objection to Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, and all other matters of record, it is hereby ORDERED AND DECREED that the attorney fees sought in the First Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses are hereby ADJUSTED AS FOLLOWS: