# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

May 22, 2023

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Richard & Shari Cole
Chapter 13 - Bankruptcy Case No. 1:22-bk-01049

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

(P)FIRST FEDERAL CREDIT CONTROL INC
25700 SCIENCE PARK DRIVE, STE 370
BEACHWOOD OH 44122-7312

The Creditor's <u>previous</u> address was as follows:

(P)FIRST FEDERAL CREDIT CONTROL INC
24700 CHAGRIN BLVD
SUITE 205
BEACHWOOD OH 44122-5662

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm