UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: RICHARD HORACE COLE, JR.
RICHARD COLE, JR, RICHARD H COLE
SHARI W COLE
SHARI E COLE, SHARI WAGNER COLE

          Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

          Movant

CASE NO: 1-22-01049-HWV

vs.
RICHARD HORACE COLE, JR.
RICHARD COLE, JR, RICHARD H COLE
SHARI W COLE
SHARI E COLE, SHARI WAGNER COLE

          Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 15, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated: June 15, 2023

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: RICHARD HORACE COLE, JR.
RICHARD COLE, JR, RICHARD H COLE
SHARI W COLE
SHARI E COLE, SHARI WAGNER COLE                                    CHAPTER 13
      Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                                                 CASE NO: 1-22-01049-HWV
      Movant

vs.
RICHARD HORACE COLE, JR.
RICHARD COLE, JR, RICHARD H COLE
SHARI W COLE
SHARI E COLE, SHARI WAGNER COLE
      Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

    July 12, 2023 at 09:35 AM
    Sylvia H. Rambo United States Courthouse
    Bankruptcy Courtroom 8, 4th Floor
    1501 North 6th Street
    Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
    **AMOUNT DELINQUENT AS OF LAST MONTH: $ 11,600.00**
    **AMOUNT DUE FOR THIS MONTH: $2,900.00**
    **TOTAL AMOUNT DUE BEFORE HEARING DATE: $14,500.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
   **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:   June 15, 2023

Respectfully submitted,

/s/  Douglas R. Roeder, Esquire
ID:  80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: RICHARD HORACE COLE, JR.
RICHARD COLE, JR, RICHARD H COLE
SHARI W COLE
SHARI E COLE, SHARI WAGNER COLE   CHAPTER 13
      Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE   CASE NO: 1-22-01049-HWV
      Movant

vs.

RICHARD HORACE COLE, JR.
RICHARD COLE, JR, RICHARD H COLE
SHARI W COLE
SHARI E COLE, SHARI WAGNER COLE
      Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 15, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG PA  17111-

UNITED STATES TRUSTEE
1501 N 6TH STREET
PO BOX 302
HARRISBURG PA 17102

Served by First Class Mail

RICHARD HORACE COLE, JR.

SHARI W COLE
7577 PINEWILD ROAD
SEVEN VALLEYS  PA  17360

I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Date:  June 15, 2023 | /s/  Matt Arcuri<br>Office of the Standing Chapter 13 Trustee<br>Jack N. Zaharopoulos<br>Suite A, 8125 Adams Dr.<br>Hummelstown, PA 17036<br>Phone: (717) 566-6097<br>email: info@pamd13trustee.com |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: RICHARD HORACE COLE, JR.
AKA: RICHARD COLE, JR, RICHARD H COLE
SHARI W COLE
AKA: SHARI E COLE, SHARI WAGNER COLE

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-22-01049-HWV

vs.

RICHARD HORACE COLE, JR.
AKA: RICHARD COLE, JR, RICHARD H COLE
SHARI W COLE
AKA: SHARI E COLE, SHARI WAGNER COLE

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.