IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| RICHARD HORACE COLE, JR. | : | CASE NO. 1:22-bk-01049-HWV |
| aka RICHARD H. COLE | : | |
| aka RICHARD COLE, JR. | : | CHAPTER 13 |
| SHARI W. COLE | : | |
| aka SHARI WAGNER COLE | : | |
| aka SHARI E. COLE | : | |
| Debtors | : | |
| | : | |
| SPRINGFIELD TOWNSHIP, YORK | : | |
| COUNTY SEWER AUTHORITY | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD HORACE COLE, JR. | : | |
| aka RICHARD H. COLE | : | |
| aka RICHARD COLE, JR. | : | |
| SHARI W. COLE | : | |
| aka SHARI WAGNER COLE | : | |
| aka SHARI E. COLE | : | |
| Respondents | : | |

### DEBTORS' RESPONSE TO MOTION OF
### SPRINGFIELD TOWNSHIP, YORK COUNTY SEWER AUTHORITY
### FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW,** come Debtors, Richard Horace Cole, Jr. and Shari W. Cole, by and through their attorney, Gary J. Imblum, and respectfully respond as follows:

1. Admitted in part and denied in part. Debtors have no knowledge. Strict proof is demanded.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted in part and denied in part. Debtors could not be reached in time to respond to this allegation. Strict proof is demanded.

8. Admitted.

9. Denied. The property is necessary for an effective reorganization. The property is Debtors' residence.

10. Denied. Debtors are making post-petition payments. To the extent that Debtors are delinquent on post-petition payments, Debtors will make an offer in the near future to bring same current. Further, there is an abundant amount of equity providing adequate protection to the Movant.

11. Admitted.

**WHEREFORE**, Debtors respectfully request that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtors

DATED: 10/13/23

## CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTORS' RESPONSE TO MOTION OF SPRINGFIELD TOWNSHIP, YORK COUNTY SEWER AUTHORITY FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

CRAIG S. SHARNETZKA, ESQUIRE
CGA LAW FIRM
COUNSEL FOR MOVANT
VIA E-SERVICE

IMBLUM LAW OFFICE, P.C.

*Carol V. Shay*
Carol V. Shay, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtors

DATED: 10/13/2023