IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **RICHARD HORACE COLE JR.** | : | CASE NO. 1:22-bk-01049-HWV |
| **SHARI W. COLE** | : | |
| Debtors | : | |
| | : | CHAPTER 13 |
| **LOGAN'S RESERVE HOMEOWNERS** | : | |
| **ASSOCIATION** | | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **RICHARD HORACE COLE JR.** | : | |
| **SHARI W. COLE** | : | |
| Respondents | : | |

## DEBTORS' RESPONSE TO MOTION OF
## LOGAN'S RESERVE HOMEOWNERS ASSOCIATION
## FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW,** come Debtors, Richard Horace Cole Jr. and Shari W. Cole, by and through their attorney, Gary J. Imblum, and respectfully respond as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted in part and denied in part. The allegations of paragraph 6 are conclusions of law to which no response is required. Strict proof is demanded.

7. Admitted in part and denied in part. The allegations of paragraph 7 are conclusions of law to which no response is required. Strict proof is demanded.

8. Admitted.

9. Admitted in part and denied in part. Debtors have no knowledge of the exact amount owed. Strict proof is demanded.

10. Admitted in part and denied in part. See response to paragraph 9.

11. Admitted in part and denied in part. The allegations of paragraph 11 are conclusions of law to which no response is required. Strict proof is demanded.

12. Admitted in part and denied in part. The allegations of paragraph 12 are conclusions of law to which no response is required. Strict proof is demanded.

13. Admitted.

14. Denied. The claim held by Movant is a secured claim and is of higher priority than the mortgage. Accordingly, Movant is adequately protected by a huge equity cushion. Further, Debtors offer to cure through an Amended Plan which will provide for sale of the real estate securing Movant's lien within one year.

15. Admitted in part and denied in part. The allegations of paragraph 15 are conclusions of law to which no response is required. Strict proof is demanded.

16. Admitted.

17. Admitted.

18. Admitted in part and denied in part. Debtors' counsel does not recall being notified of the intent to file this Motion. Strict proof is demanded.

**WHEREFORE**, Debtors respectfully request that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street, Harrisburg, PA 17111
(717) 238-5250; Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtors

DATED: 11/13/23

## CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTORS' RESPONSE TO MOTION OF LOGAN'S RESERVE HOMEOWNER'S ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

AARON S. MARINES, ESQUIRE
RUSSELL, KRAFFT & GRUBER, LLP
COUNSEL FOR MOVANT
VIA E-SERVICE

IMBLUM LAW OFFICE, P.C.

*Carol V. Shay*
Carol V. Shay, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtors

DATED: 11/13/2023