**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

Richard Horace Cole, Jr.
Shari W. Cole,

**Debtor(s)**

Springfield Township, York County, Sewer Authority

**Plaintiff(s)/Movant(s)**
vs.

Richard Horace Cole, Jr.,
Shari W. Cole and
Jack N. Zaharopoulos, Chapter 13 Trustee

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 1-22-bk-01049

ADVERSARY NO. ___-___-ap-_____
(if applicable)

Nature of Proceeding: Automatic Stay

Pleading: Motion for Relief

Document #: 97, 98, 99

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✓] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
    [✓] Thirty (30) days.
    [ ] Forty-five (45) days.
    [ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 11/20/2023

/s/Craig S. Sharnetzka, ESquire
Attorney for Movant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.