IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE: | Case No. 1:22-bk-01049-HWV |
| | Chapter 13 |
| Richard Horace Cole, Jr aka Richard H Cole aka Richard Cole, Jr | |
| Shari W Cole aka Shari Wagner Cole aka Shari E Cole | |
| Debtor(s). | |

## NOTICE OF APPEARANCE

**The Bank Of New York Mellon FKA The Bank of New York As Trustee For The Certificate holders of the CWABS, Inc., Asset-Backed Certificates Series 2005-12**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 75736
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 12th day of December, 2023, to the following:

Gary J. Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111
gary.imblum@imblumlaw.com
***Attorney for Debtor(s)***

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
***Chapter 13 Trustee***

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
ustpregion03.ha.ecf@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Richard Horace Cole, Jr aka Richard H Cole aka Richard Cole, Jr
7577 Pinewild Road
Seven Valleys, PA 17360

Shari W Cole aka Shari Wagner Cole aka Shari E Cole
7577 Pinewild Road
Seven Valleys, PA 17360
***Debtor(s)***

      By:    /s/ Steven K. Eisenberg
             Steven K. Eisenberg, Esquire