<u>**LOCAL BANKRUPTCY FORM 9013-4**</u>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
RICHARD HORACE COLE JR.
SHARI W. COLE

CHAPTER __13__

CASE NO. _1_ - _22_ -bk- _01049-HWV_

Debtor(s)
LOGAN'S RESERVE HOMEOWNERS
ASSOCIATION

ADVERSARY NO. __-__ -ap-_____
(if applicable)

Plaintiff(s)/Movant(s)
vs.
RICHARD HORACE COLE JR.
SHARI W. COLE

Nature of Proceeding: Motion for Relief

Defendant(s)/Respondent(s)

Document #: 100, 102

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Debtors' counsel and counsel for Logan's Reserve Homeowners Association are negotiating a settlement. A 30 day continuance is requested.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 12/18/2023

_____
Attorney for Debtors
Name: Gary J. Imblum, Esquire
Phone Number: 717-238-5250

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.