IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>RICHARD HORACE COLE JR.<br>aka RICHARD H. COLE<br>aka RICHARD COLE JR.<br>SHARI W. COLE<br>aka SHARI WAGNER COLE<br>aka SHARI E. COLE<br>**Debtors** | : : : : : : : : | CASE NO. 1:22-bk-01049-HWV<br><br>CHAPTER 13 |
| THE BANK OF NEW YORK MELLON<br>FKA THE BANK OF NEW YORK AS<br>TRUSTEE FOR THE<br>CERTIFICATEHOLDERS OF THE<br>CWABS, INC., ASSET-BACKED<br>CERTIFICATES SERIES 2005-12<br>**Movant** | : : : : : : : : | |
| v. | : : | |
| IN RE:<br>RICHARD HORACE COLE JR.<br>aka RICHARD H. COLE<br>aka RICHARD COLE JR.<br>SHARI W. COLE<br>aka SHARI WAGNER COLE<br>aka SHARI E. COLE<br>**Respondents** | : : : : : : : : | |

**DEBTORS' RESPONSE TO MOTION OF THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE SWABS, INC., ASSET-BACKED CERTIFICATES SERIES 2005-12 FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, come Debtors, Richard Horace Cole Jr. and Shari W. Cole, by and through their attorney, Gary J. Imblum, and respectfully respond as follows:

1. Admitted in part and denied in part. Debtors have no knowledge as to the Movant. Strict proof is demanded.

2. Admitted.

3. Admitted in part and denied in part. The Note speaks for itself. Strict proof is demanded.

4. Admitted in part and denied in part. The Mortgage speaks for itself. Strict proof is demanded.

5. Admitted in part and denied in part. The allegations of paragraph 5 are conclusions of law to which no response is required. Strict proof is demanded.

6. Admitted in part and denied in part Debtors have no knowledge as to the Assignment. Strict proof is demanded.

7. Admitted.

8. Admitted in part and denied in part. It is admitted that the bankruptcy was filed at least in part to stay foreclosure proceedings.

9. Admitted in part and denied in part. Debtors could not be reached in time to response to this paragraph. Strict proof is demanded.

10. Admitted.

11. Admitted in part and denied in part. See response to paragraph 12.

12. Admitted in part and denied in part. It is specifically denied that there is a deferred principal balance of $284,619.68. Strict proof is demanded.

13. Admitted in part and denied in part. See response to paragraph 12. Further, the property is necessary for Debtors' reorganization. The property is Debtors' residence.

14. Admitted in part and denied in part. Debtors have no knowledge as to who services the underlying loan mortgage. Strict proof is demanded.

15. Admitted.

16. Admitted in part and denied in part. Strict proof is demanded.

17. Denied. There is no reason why Rule 4001(a)(3) should not be in affect.

**WHEREFORE**, Debtors respectfully request that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtors

DATED: 1/16/2024

## CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTORS' RESPONSE TO MOTION OF THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES SERIES 2005-12 FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

DANIEL P. JONES, ESQUIRE
STERN & EISENBERG, PC
COUNSEL FOR MOVANT
VIA E-SERVICE

IMBLUM LAW OFFICE, P.C.

_Carol V. Shay_
Carol V. Shay, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtors

DATED: 1/16/2024