IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    RICHARD HORACE COLE, JR.<br>    a/k/a RICHARD H. COLE<br>    a/k/a RICHARD COLE, JR.<br>    SHARI W. COLE<br>    a/k/a SHARI WAGNER COLE<br>    a/k/a SHARI E. COLE,<br>                          *Debtors*<br><br>SPRINGFIELD TOWNSHIP, YORK COUNTY<br>SEWER AUTHORITY,<br>                *Movant*<br>v.<br><br>RICHARD HORACE COLE, JR.<br>SHARI W. COLE<br><br>AND<br><br>JACK N. ZAHAROPOULOS,<br>CHAPTER 13 TRUSTEE,<br>                *Respondents* | Chapter 13<br><br>Case No. 1:22-bk-01049-HWV |

ORDER GRANTING RELIEF FROM
<u>THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(a)</u>

UPON CONSIDERATION of the Certificate of Default filed by Moving Party in accordance with the Stipulation of the parties approved on December 19, 2023, it is

**ORDERED** that the Motion is **GRANTED** and the Automatic Stay of proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 ("the Code") 11 U.S.C §362(a) shall be, and is hereby terminated with respect to Springfield Township, York County, Sewer Authority, in order to permit Springfield Township, York County, Sewer Authority to pursue the filing and execution upon a municipal claim against Debtors' real estate known as 7577 Pinewild Road, Seven Valleys, Pennsylvania 17360.

{02420531/1}