IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

RICHARD H. COLE and
SHARI E. COLE,
    Debtors.

Case No. 1-22-01049
Chapter 13

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Rules 2002, 3017, 4001, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (hereinafter the "Bankruptcy Rules") the undersigned, counsel to Logan's Reserve Homeowners Association, hereby requests that all notices given or required to be given in this case and copies of all papers served or required to be served in this case be given to and served upon the following:

    Sara A. Austin, Esq.
    Austin Law Firm LLC
    226 E. Market St.
    York, PA  17403
    (717) 846-2246

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in Rule 2002 of the Bankruptcy Rules but also any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this case and any proceedings therein, whether formal

or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telegraph or otherwise.

Dated: 8/22/2024

AUSTIN LAW FIRM LLC

By: /s/ *Sara A. Austin* _____
Sara A. Austin
Supreme Court I.D. No. 59052
226 E. Market Street
York, PA 17403
(717) 846-2246

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on Aug. 22, 2024 a true and correct copy of the foregoing document filed in the above-captioned matter was or will be served on the following by electronic delivery:

Gary Imblum, Esq.
Gary.imblum@imblumlaw.com
       Counsel for Debtors

                    /s/ *Sara A. Austin* _____
                      Sara A. Austin, Esq.