UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICHARD HORACE COLE, JR.
AKA: RICHARD COLE, JR, RICHARD H COLE
SHARI W COLE
AKA: SHARI E COLE, SHARI WAGNER COLE
    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-22-01049-HWV

RICHARD HORACE COLE, JR.
AKA: RICHARD COLE, JR, RICHARD H COLE
SHARI W COLE
AKA: SHARI E COLE, SHARI WAGNER COLE
    Respondent(s)

## CERTIFICATION OF DEFAULT

    AND NOW on September 13, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

  - make the regular monthly payments to the trustee during the remaining term of the plan

    As of September 13, 2024, the Debtor(s) is/are $6635.54 in arrears a plan payment having last been made on March 20, 2024.

    In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated: September 13, 2024

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICHARD HORACE COLE, JR.
AKA: RICHARD COLE, JR, RICHARD H COLE
SHARI W COLE
AKA: SHARI E COLE, SHARI WAGNER COLE

CHAPTER 13

Debtor(s)

CASE NO: 1-22-01049-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 13, 2024, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG PA 17111-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail

RICHARD HORACE COLE, JR.
SHARI W COLE
7577 PINEWILD ROAD
SEVEN VALLEYS PA 17360

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 13, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com