| In re: | Case No. 22-01049-HWV |
|---|---|
| Richard Horace Cole, Jr. | Chapter 13 |
| Shari W Cole | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Sep 16, 2024 | Form ID: pdf010 | Total Noticed: 68 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Horace Cole, Jr., Shari W Cole, 7577 Pinewild Road, Seven Valleys, PA 17360-9176 |
| cr | + | Logan's Reserve Homeowners Association, Inc., c/o Aaron S. Marines, Esquire, 101 North Pointe Boulevard, Suite 202, Lancaster, PA 17601 UNITED STATES 17601-4108 |
| cr | + | The Bank Of New York Mellon FKA The Bank of New Yo, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 5478619 | + | Best Price Propane, 322 Cherry Street, Columbia, PA 17512-1419 |
| 5478621 | + | CGA Law Firm, 135 N George Street, York, PA 17401-1132 |
| 5478625 | + | First Federal Credit Control, Attn: Bankruptcy, 25700 Science Park Drive Ste 307, Beachwood, OH 44122-7319 |
| 5478629 | + | JC Ehrlich Pest Control, 5060 Ritter Road, Mechanicsburg, PA 17055-6774 |
| 5484977 | + | Logan's Reserve Homeowners Association, Russell, Krafft & Gruber, LLP, 101 North Pointe Boulevard, Suite 202, Lancaster, PA 17601-4108 |
| 5480159 | + | Logan's Reserve Homeowners Association, Inc., c/o Aaron S. Marines, Esquire, Russell, Krafft & Gruber, LLP, 101 North Pointe Boulevard, Suite 202, Lancaster, PA 17601-4108 |
| 5478630 | + | Logans Reserve HOA, 7400 Player Blvd, Seven Valleys, PA 17360-9194 |
| 5478635 | + | Russell Krafft & Gruber LLP, 101 N Pointe Blvd Ste 202, Lancaster, PA 17601-4108 |
| 5493450 | + | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5478639 | + | Spine and Sports Rehabilitation, c/o Cornerstone Financial Services, PO Box 507, Jarrettsville, MD 21084-0507 |
| 5481246 | + | Springfield Township York County Sewer Authority, P.O. Box 75, Seven Valleys, PA 17360-0075 |
| 5478644 | + | The York Water Compnay, Box 15089, 130 East Market Street, York, PA 17401-1219 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 16 2024 18:44:00 | PA Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 16 2024 18:48:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 16 2024 18:45:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5478616 | ^ | MEBN | Sep 16 2024 18:37:58 | 1st Digital/synovus/vt, PO Box 85650, Sioux Falls, SD 57118-5650 |
| 5491153 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 16 2024 18:47:47 | AIDVANTAGE ON BEHALF OF, DEPARTMENT OF EDUCATION LOAN SERVICES, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 5487753 | + | Email/Text: g17768@att.com | Sep 16 2024 18:44:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5478617 | + | Email/Text: bankruptcy@rentacenter.com | Sep 16 2024 18:45:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |

| Recip ID | Notice Type / Email | Date/Time | Recipient |
|---|---|---|---|
| 5478618 | + Email/Text: payments@brsi.net | Sep 16 2024 18:45:00 | Advanced Radiology of PA, c/o Business Revenue Systems Inc, PO Box 15097, Fort Wayne, IN 46885-5097 |
| 5489276 | + Email/Text: bncmail@w-legal.com | Sep 16 2024 18:45:00 | Alliant Capital Management - HDH, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 5489932 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2024 18:47:50 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5486958 | + Email/Text: documentfiling@lciinc.com | Sep 16 2024 18:44:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5489943 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 16 2024 18:45:00 | CSMC 2021-JR1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5478620 | + Email/Text: ngisupport@radiusgs.com | Sep 16 2024 18:44:00 | Central Credit Services, LLC, Attn: Bankruptcy, 9550 Regency Square Blvd, Ste 500 A, Jacksonville, FL 32225-8169 |
| 5478622 | + Email/Text: documentfiling@lciinc.com | Sep 16 2024 18:44:00 | Comcast, Attn: M Gifford, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 5478623 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 16 2024 18:48:09 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5478624 | Email/Text: bankruptcydepartment@tsico.com | Sep 16 2024 18:45:00 | EOS CCA, PO Box 981025, Boston, MA 02298-1025 |
| 5478626 | Email/Text: bankruptcy@gbcollects.com | Sep 16 2024 18:44:00 | GB Collects LLC, 1253 Haddonfield Berlin Rd, Voorhees, NJ 08043-4847 |
| 5487748 | Email/Text: bankruptcy@glsllc.com | Sep 16 2024 18:44:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 5478627 | Email/Text: bankruptcy@glsllc.com | Sep 16 2024 18:44:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 5478628 | + Email/Text: HWIBankruptcy@hunterwarfield.com | Sep 16 2024 18:44:00 | Hunter Warfield, Attention: Bankruptcy, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 5484414 | + Email/Text: bncmail@w-legal.com | Sep 16 2024 18:45:00 | Intercoastal Financial LLC, c/o Weinstein & Riley PS, 2001 Western Avenue Ste 400, Seattle, WA 98121-3132 |
| 5478614 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 16 2024 18:44:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5486235 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2024 18:48:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5485493 | + Email/Text: BankruptcyEast@firstenergycorp.com | Sep 16 2024 18:44:00 | Metropolitan Edison Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5488635 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 16 2024 18:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5478631 | + Email/PDF: pa_dc_claims@navient.com | Sep 16 2024 18:47:44 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 5478632 | + Email/PDF: pa_dc_claims@navient.com | Sep 16 2024 18:47:49 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 5480569 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Sep 16 2024 18:44:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 5478853 | ^ MEBN | Sep 16 2024 18:38:30 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5489022 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| Notice # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 16 2024 18:48:14 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5478615 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 16 2024 18:44:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5489174 | | Email/Text: perituspendrick@peritusservices.com | Sep 16 2024 18:44:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 5481589 | + | Email/Text: joey@rmscollect.com | Sep 16 2024 18:45:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 5478854 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 16 2024 18:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5484318 | | Email/Text: bnc-quantum@quantum3group.com | Sep 16 2024 18:44:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5478633 | | Email/Text: joey@rmscollect.com | Sep 16 2024 18:45:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 5478634 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2024 18:47:40 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5478641 | | Email/Text: amieg@stcol.com | Sep 16 2024 18:44:00 | State Collection Service, Attn: Bankruptcy, Po Box 6250, Madison, WI 53716 |
| 5479129 | | ^ MEBN | Sep 16 2024 18:38:20 | SYNOVUS, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 5478636 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 16 2024 18:45:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5481639 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 16 2024 18:45:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5478637 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 16 2024 18:45:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5478638 | | Email/Text: mtgbk@shellpointmtg.com | Sep 16 2024 18:44:00 | Shellpoint/Newrez, PO Box 619063, Dallas, TX 75261-9063 |
| 5478642 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2024 18:48:16 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5478643 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Sep 16 2024 18:47:47 | T Mobile, PO Box 37380, Albuquerque, NM 87176 |
| 5479128 | + | Email/Text: famc-bk@1stassociates.com | Sep 16 2024 18:44:00 | THE BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 5489941 | | Email/Text: mtgbk@shellpointmtg.com | Sep 16 2024 18:44:00 | THE BANK OF NEW YORK MELLON et al, NewRez LLC et al, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 5583479 | | ^ MEBN | Sep 16 2024 18:38:15 | The Bank Of New York Mellon FKA et al, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5478645 | + | Email/Text: famc-bk@1stassociates.com | Sep 16 2024 18:44:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 5478646 | | ^ MEBN | Sep 16 2024 18:37:41 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 5488395 | | Email/PDF: ebn_ais@aisinfo.com | Sep 16 2024 18:48:05 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5478647 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

|  |  |  | Sep 16 2024 18:44:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| --- | --- | --- | --- | --- |
| 5478648 | + | Email/Text: kcm@yatb.com | Sep 16 2024 18:44:00 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |

TOTAL: 53

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5478640 |  | Springfield Twp York Cty Sewer Auth, Address removed per entry 17 |
| cr | *+ | Intercoastal Financial, LLC, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| cr | *+ | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | *+ | Springfield Township, York County, Sewer Authority, P.O. Box 75, Seven Valleys, PA 17360-0075 |
| 5487754 | *+ | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5489278 | *+ | Alliant Capital Management - HDH, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Sep 18, 2024 | Signature: | /s/Gustava Winters |
| --- | --- | --- |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Aaron S Marines | on behalf of Creditor Logan's Reserve Homeowners Association Inc. asm@rkglaw.com, mjg@rkglaw.com;dls@rkglaw.com |
| Craig S. Sharnetzka | on behalf of Creditor Springfield Township York County, Sewer Authority csharnetzka@cgalaw.com, rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| Daniel Philip Jones | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2005-12 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2021-JR1 Trust bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Plaintiff Richard Horace Cole Jr. gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Shari W Cole gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |

Gary J Imblum
    on behalf of Debtor 1 Richard Horace Cole Jr. gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Gary J Imblum
    on behalf of Plaintiff Shari W Cole gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Keri P Ebeck
    on behalf of Creditor Global Lending Services LLC kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Laura Egerman
    on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2005-12 laura.egerman@mccalla.com, legerman@rasnj.com;ras@ecf.courtdrive.com;mccallaecf@ecf.courtdrive.com

Sara A. Austin
    on behalf of Creditor Logan's Reserve Homeowners Association Inc. saa2@austinlawllc.com

Steven K Eisenberg
    on behalf of Creditor The Bank Of New York Mellon FKA The Bank of New York As Trustee For The Certificate holders of the CWABS Inc., Asset-Backed Certificates Series 2005-12 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 15

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Richard Horace Cole, Jr. aka Richard H Cole aka Richard Cole, Jr | Chapter: | 13 |
| Shari W Cole aka Shari Wagner Cole aka Shari E Cole | Case No.: | 1:22-bk-01049-HWV |
| **Debtors** | | |
| JACK N. ZAHAROPOULOS CHAPTER 13 TRUSTEE | | |
| vs. **Movant** | | |
| Richard Horace Cole, Jr. aka Richard H Cole aka Richard Cole, Jr | | |
| Shari W Cole aka Shari Wagner Cole aka Shari E Cole | | |
| **Respondents** | | |

### ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 141, and the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 84, and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 16, 2024